| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 8/24/2020 |

PAMELA WILLIAMS, individually and on behalf of all others similarly situated,

                       Plaintiff,

            -against-

FRM SOCKS, LLC,

                       Defendant.

1:20-cv-03792 (MKV)

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

The Complaint in this action was filed on May 15, 2020 [ECF #1]. An executed summons was filed on the docket on June 12, 2020 [ECF #5]. Following an extension sought by Plaintiff, Defendants' response to the complaint was due July 15, 2020 [ECF #7]. No responses were filed, and Plaintiff has not prosecuted this case to date. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued for failure to prosecute without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 24, 2020**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)).

**SO ORDERED.**

**Date: August 24, 2020**
      **New York, NY**

_/s/ Mary Kay Vyskocil_
**MARY KAY VYSKOCIL**
**United States District Judge**